IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL WAYNE GRAP,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of
Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-537-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and judgment is entered in favor of defendant.

_____
Peter Oppeneer, Clerk of Court

4/16/10
Date